IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00800-MSK-MEH

SAMUEL GRADY PUTNAM, JR.,

    Plaintiff,

v.

TELETECH HOLDINGS, a Delaware corporation, and
TELETECH GOVERNMENT SOLUTIONS, LLC., a Colorado limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2007.**

    For good cause shown, the Stipulated Motion for Protective Order [Filed March 9, 2007; Docket #32] is **granted.** The Protective Order shall enter separately.