IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00800-MSK-MEH

SAMUEL GRADY PUTNAM, JR.,

    Plaintiff,

v.

TELETECH HOLDINGS, a Delaware corporation, and
TELETECH GOVERNMENT SOLUTIONS, LLC., a Colorado limited liability company,

    Defendants.

## MINUTE ORDER VACATING HEARING
## AND SUSPENDING BRIEFING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2007.**

    Based upon the filing of the Defendants' Notice of Motion and Motion For Stay Pending Appeal (Docket #52), the hearing on Plaintiff's Motion to Modify Protective Order (Docket #37) and Defendants' Motion for Contempt (Docket #44) which has been scheduled for Friday, April 13, 2007, at 9:15 a.m. is hereby **vacated**. These motions are hereby held in abeyance, pending a ruling on the Motion for Stay, and therefore, the parties' obligation to file response and reply briefs in this regard is hereby **suspended**.

    Counsel are hereby notified, however, that should the Motion for Stay be denied, the motion hearing which is vacated by this Minute Order will be promptly reset on the Court's calendar and an expedited briefing schedule set.