IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00800-PAB-KLM

SAMUEL GRADY PUTNAM, JR.,

    Plaintiff,

v.

TELETECH HOLDINGS, INC., a Delaware corporation, and
TELETECH GOVERNMENT SOLUTIONS, LLC, Colorado limited liability company,

    Defendants.
_____

**ORDER APPROVING MODIFIED STIPULATED PROTECTIVE ORDER**
_____

    THIS MATTER comes before the Court pursuant to the parties' Joint Motion to Approve Modified Stipulated Protective Order and the Court being fully advised, Orders that the Modified Stipulated Protective Order is approved and made an Order of the Court.

    DATED June 26, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge