IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00800-PAB-KLM

SAMUEL GRADY PUTNAM, JR.,

    Plaintiff,

v.

TELETECH HOLDINGS, INC., a Delaware corporation, and
TELETECH GOVERNMENT SOLUTIONS, LLC, Colorado limited liability company,

    Defendants.
_____

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF
ARBITRATION AGREEMENT**
_____

    THIS MATTER comes before the Court pursuant to the parties' Joint Motion to Approve Arbitration Agreement and the Court being fully advised, Orders that the Arbitration Agreement is approved and made an Order of the Court.

    DATED June 26, 2009.

                                                BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge