IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00800-PAB-KLM

SAMUEL GRADY PUTNAM, JR.,

      Plaintiff,

v.

TELETECH HOLDINGS, INC., a Delaware corporation, and
TELETECH GOVERNMENT SOLUTIONS, LLC, Colorado limited liability company,

      Defendants.
_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

This matter comes before the Court on review of the file.  On June 10, 2009, the Court ordered plaintiff to show cause why this case should not be dismissed due to a lack of any action by the parties following the dismissal of their appeal to the Tenth Circuit Court of Appeals [*see* Docket No. 65].  In response to the court's Minute Order to show cause, the parties filed an Arbitration Agreement and a Modified Stipulated Protective Order to which they have agreed.  Pursuant to the parties' request, the Court entered Orders on June 26, 2009 adopting the Arbitration Agreement and Modified Stipulated Protective Order as Orders of the Court [Docket Nos. 70, 71].  Pursuant to these Orders, the parties will submit their dispute to binding arbitration.  Plaintiff's response to the Court's June 10, 2009 Minute Order [Docket No. 69] and the parties' joint motion for approval of the above agreements [Docket No. 68] constitute good cause why this action should not immediately be dismissed.  *See* D.C.COLO.LCivR 41.2.  However, because the duration of the parties' pending arbitration is uncertain, the

Court finds it appropriate to administratively close this action, subject to reopening for good cause.

Accordingly, it is

**ORDERED** that the Court's June 10, 2009 Minute Order requiring the plaintiff to show cause why this action should not be dismissed is discharged.  It is further

**ORDERED** that this action shall be administratively closed, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2.  It is further

**ORDERED** that not later than twenty days after the completion of the arbitration proceeding, the parties shall file a status report advising the Court whether they believe the case should be reopened for good cause for any further proceedings in this Court or whether the case may be dismissed.

DATED June 26, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge